UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JACQUELINE WILLIAMS,

        Plaintiff,

v.

PORTFOLIO RECOVERY SERVICES, LLC,

        Defendant.

Civil Action No. 10-CV-6366

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jacqueline Williams, hereby voluntarily dismisses this action against Defendant Portfolio Recovery Services, LLC, with prejudice.

DATED:

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884